# United States District Court

_____ DISTRICT OF _____

Norman Orentreich, M.D.

V.

Wayne Richard

FILED
IN CLERK'S OFFICE

2004 JUN 28 P 4:18

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

# 04-11349 RGS

TO: (Name and address of defendant)

Wayne Richard
2 Centennial Drive
Peabody, MA  01960

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul D. Moore
Bronwyn L. Roberts
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                6-16-04
CLERK



(BY) DEPUTY CLERK

### RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | June 17, 2004 |
|---|---|---|
| NAME OF SERVER    BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   **2 CENTENNIAL DRIVE, PEABODY** , MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
   _____

   Said service was made at: _____, MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____
   Duly Authorized Agent for the within-named
   Said service was made at:
   _____, MASSACHUSETTS

*(Stamp: IN CLERK'S OFFICE  2004 JUN 28  P 4:18  U.S. DISTRICT COURT  DISTRICT OF MASS.)*

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 50.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 17, 2004
               Date

Signature of Server: *Brian Doyle*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**         One Devonshire Place      Telephone # (617) 720-5733
**Massachusetts Constables since 1925**  Boston, MA 02109          Fax #       (617) 720-5737