UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NORMAN ORENTREICH, M.D.,    )
                           )
        Plaintiff,         )
                           )
v.                         )    Civil Action No.: 04-11349-RGS
                           )
WAYNE RICHARD,             )
                           )
        Defendant.         )
_____)

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned affirm that they have conferred:

(a)    with a view to establishing a budget for the cost of conducting the full course --

and various alternative courses -- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

Counsel for Norman Orentreich, M.D.,

_____
Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200

_____
Norman Orentreich, M.D.

BOS\108488.1

Respectfully submitted,

NORMAN ORENTREICH, M.D.,

By its attorneys

Paul D. Moore, BBO# 35310
Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on _____ 9 · 1 · 0 4

2