FILED
IN CLERKS OFFICE

2005 MAR -1 P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMAN ORENTREICH, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-11349-RGS |
| ) | |
| WAYNE RICHARD, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR 30-DAY EXTENSION OF DEADLINES TO
COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

Plaintiff Norman Orentreich, M.D. ("Plaintiff") and Defendant Wayne Richard ("Defendant") (collectively "the Parties"), by their undersigned counsel, hereby move this Honorable Court to continue for 30 days certain deadlines set in this case. In support of this Motion, the Parties state as follows:

1. At the Rule 16.1 conference ("Conference"), this Court set the following deadlines:

    a.  Discovery to be complete – December 31, 2004; and

    b.  Dispositive motions - February 1, 2005, with responses due 14 days thereafter.

2. On January 5, 2005, the Court granted the parties' first Joint Motion to extend deadlines to complete discovery. On January 28, 2005, the Court granted the parties second Joint Motion to extend deadlines to complete discovery.

3. The Court has not set a trial date.

4. In the present case, both Parties have noticed the deposition of the other, and Plaintiff propounded a request for production of documents to Defendant. The Parties will not propound

BOS\120315.1

any additional discovery or notice any additional depositions during the next 30 days if this motion is allowed by the Court.

5. The Parties request this brief extension to accommodate ongoing settlement discussions.

6. The parties propose the following new deadlines:

    a.      Discovery to be complete – April 4, 2005

    b.      Dispositive motions – May 4, 2005, with responses due 14 days thereafter

WHEREFORE, Plaintiff Norman Orentreich, M.D. and Defendant Wayne Richard pray that their Joint Motion be allowed.

Counsel for Norman Orentreich, M.D.,       Counsel for Wayne Richard,

Paul D. Moore, BBO# 35310
Bronwyn L. Roberts, BBO# 638079
DUANE MORRIS LLP
470 Atlantic Avenue, Suite 500
Boston, MA 02210
617-289-9200
blroberts@duanemorris.com

M. Ellen Carpenter, BBO# 554142
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
617-720-1800
mec@rc-law.com

Dated: March 1, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) hand on 3-1-05