UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

NORMAN ORENTREICH, M.D.

       V.                               CIVIL ACTION NO. 04-11349-RGS

WAYNE RICHARD

ORDER SETTING CASE FOR TRIAL

STEARNS, DJ.                                                         SEPTEMBER 20, 2005

THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON TUESDAY, JANUARY 17, 2006 AT 9:00 A.M. IN COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

ON OR BEFORE JANUARY 10, 2006, COUNSEL SHALL FILE THE FOLLOWING MATERIALS WITH THE COURT:

       1.  Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;
       2.  A list of prospective witnesses, including names, city or town of residence, or business institutional address;
       3.  An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a precise statement of any objections thereto;
       4.  A "Joint List of Exhibits" as to which there is NO objection, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS, regardless of which party is the proponent of an exhibit (such exhibits are deemed ADMITTED and need NOT be independently offered at trial;
       5.  A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS, regardless of which party is the proponent of an exhibit;
       6.  Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;
       7.  A TRIAL MEMORANDUM addressing those items as to which there are foreseeable disputes concerning issues of law;
       8.  An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;
       9.  In cases to be tried by a jury:
             A.  REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
             B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
             C.  ANY PROPOSED QUESTIONS FOR THE VOIR DIRE EXAMINATION;

      D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES TO BE READ TO THE VENIRE DURING EMPANELMENT.

10. All trial exhibits <u>must</u> be reclaimed by the end of the first business day following the day of the verdict.  This policy is <u>strictly enforced by the Court</u> as there is no space at the Courthouse to store exhibits after a trial has ended. Exhibits not reclaimed by counsel will be discarded.

COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY <u>FULLY</u> WITH THIS ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT. TARDINESS IN THE FILING OF THESE TRIAL DOCUMENTS WILL <u>NOT</u> BE TOLERATED.

    SO ORDERED.

                                  RICHARD G. STEARNS
                                  UNITED STATES DISTRICT JUDGE

                BY:

                                /s/ Mary  H. Johnson
                                  Deputy Clerk

DATED AT BOSTON:  9-20-05

NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-9162.