UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMAN ORENTREICH, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 04-11349-RGS |
| ) | |
| WAYNE RICHARD, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION TO CONTINUE TRIAL**

    Plaintiff, Norman Orentreich, M.D. ("Plaintiff"), respectfully moves this Court to continue the trial of this matter currently scheduled for Tuesday, January 10, 2006 to a date in July 2006.  As grounds therefor, Plaintiff states that he has recently suffered from a stroke and is in poor health.  Plaintiff presently lives in New York, New York.  These circumstances preclude Plaintiff from being able to appear in Boston for trial on January 10, 2006.  Accordingly, Plaintiff requests a continuance in light of his current incapacitation.

    Defendant Wayne Richard has assented to this motion.

    WHEREFORE, Plaintiff respectfully prays that his Assented-To Motion to Continue Trial be allowed.

BOS\140185.1

2

| Respectfully submitted, | Assented to by: |
|---|---|
| NORMAN ORENTREICH, M.D., | WAYNE RICHARD, |
| /s/ Bronwyn L. Roberts | /s/ M. Ellen Carpenter |
| Paul D. Moore, BBO# 35310 | M. Ellen Carpenter, BBO# 554142 |
| Bronwyn L. Roberts, BBO# 638079 | ROACH & CARPENTER, P.C. |
| DUANE MORRIS LLP | 24 School Street |
| 470 Atlantic Avenue, Suite 500 | Boston, MA 02108 |
| Boston, MA 02210 | 617-720-1800 |
| 617-289-9200 | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005 a true copy of the above document was served by first class mail upon the following attorneys of record:

M. Ellen Carpenter
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

\

/s/ Bronwyn L. Roberts
Bronwyn L. Roberts

2