UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
NORMAN ORENTREICH, M.D.,            )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   Civil Action No.: 04-11349-RGS
                                    )
WAYNE RICHARD,                      )
                                    )
        Defendant.                  )
_____)

## ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves that Roger W. Rosendahl and Jeffrey A. Fuisz, both of Kaye Scholer LLP, New York, New York be permitted to appear and participate in this action *pro hac vice* in association with the Boston office of Duane Morris LLP, by Bronwyn L. Roberts, Esq.  In support of this Motion, counsel states as follows:

1.     Ms. Roberts of Duane Morris LLP, is a member in good standing of the Bar of this Court and is actively engaged in the practice of law within Massachusetts from the offices of Duane Morris LLP, 470 Atlantic Avenue, Suite 500, Boston, Massachusetts, 02210.

2.     As set forth in his Affidavit attached hereto as Exhibit A, Mr. Rosendahl is a member in good standing and admitted to practice law before the courts of the State of New York and the State of California.  Mr. Rosendahl is not under any order of disbarment, suspension or any other disciplinary action, nor is any disciplinary action pending against him in any jurisdiction.

BOS\140450.1

3.  As set forth in his Affidavit attached hereto as Exhibit B, Mr. Fuisz is a member in good standing and admitted to practice law before the courts of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, and the United States Court for Appeals for the Second Circuit.  Mr. Fuisz is not under any order of disbarment, suspension or any other disciplinary action, nor is any disciplinary action pending against him in any jurisdiction.

4.  Messrs. Rosendahl and Fuisz are actively involved in the representation of the Plaintiff, Norman Orentreich, M.D.

5.  As set forth in their Affidavits submitted herewith, Messrs. Rosendahl and Fuisz are familiar with and agree to observe and be bound by the Local Rules of this Court.

6.  Counsel for Defendant has assented to this Motion.

WHEREFORE, it is respectfully requested that this Court admit Roger W. Rosendahl and Jeffrey A. Fuisz *pro hac vice*, for the purpose of representing Plaintiff Norman Orentreich, M.D. in this action.

> Respectfully submitted,
>
> NORMAN ORENTREICH, M.D.,
>
> By his attorneys,
>
> /s/ Bronwyn L. Roberts
> Paul D. Moore, BBO# 35310
> Bronwyn L. Roberts, BBO# 638079
> DUANE MORRIS LLP
> 470 Atlantic Avenue, Suite 500
> Boston, MA  02210
> (617) 289.9200

Dated:  November 17, 2005

## CERTIFICATE OF SERVICE

  I hereby certify that on November 17, 2005 a true copy of the above document was served by first class mail upon the following attorneys of record:

M. Ellen Carpenter
Roach & Carpenter, P.C.
24 School Street
Boston, MA  02108

            /s/ Bronwyn L. Roberts
            Bronwyn L. Roberts