# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NORMAN ORENTREICH, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAYNE RICHARD, )<br>)<br>Defendant. ) | Civil Action No.: 04-11349-RGS |

**AFFIDAVIT OF ROGER W. ROSENDAHL IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Roger W. Rosendahl, based on personal knowledge, hereby state as follows:

1. I am a partner at the law firm of Kaye Scholer LLP, 425 Park Avenue, New York, New York.

2. I am a member in good standing and admitted to practice law before the bars of the State of New York and the State of California.

3. I am well versed in the facts of this dispute and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice.

BOS\140449.1

Signed under the penalties of perjury this 16th day of November 2005.

_____
Roger W. Rosendahl
Kaye Scholer LLP
425 Park Avenue, Suite 3400
New York, NY 10002
(212) 836.8000

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2005 a true copy of the above document was served by first class mail upon the following attorneys of record:

M. Ellen Carpenter
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

_____
Bronwyn L. Roberts

BOS\140449.1