# EXHIBIT B

Case 1:04-cv-11349-RGS   Document 12-3   Filed 11/17/2005   Page 1 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NORMAN ORENTREICH, M.D., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 04-11349-RGS |
| WAYNE RICHARD, | ) ) ) |
| Defendant. | ) ) |

**AFFIDAVIT OF JEFFREY A. FUISZ IN SUPPORT OF DEFENDANT'S
MOTION FOR ADMISSION *PRO HAC VICE***

I, Jeffrey A. Fuisz, based on personal knowledge, hereby state as follows:

1. I am a partner at the law firm of Kaye Scholer LLP, 425 Park Avenue, New York, New York.

2. I am a member in good standing and admitted to practice law before the bars of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, and the United States Court for Appeals for the Second Circuit.

3. I am well versed in the facts of this dispute and I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. There are no disciplinary proceedings pending against me in any jurisdiction where I have been admitted to practice.

-1-

Signed under the penalties of perjury this 15th day of November 2005.

                                                Jeffrey A. Fuisz
                                                Kaye Scholer LLP
                                                425 Park Avenue, Suite 3400
                                                New York, NY 10002
                                                (212) 836.8000

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2005 a true copy of the above document was served by first class mail upon the following attorneys of record:

M. Ellen Carpenter
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

                                                Bronwyn L. Roberts