UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, LIQUIDATING TRUSTEE, AS SUCCESSOR TO NORMAN ORENTREICH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> WAYNE RICHARD, <br><br> Defendant. | CIVIL ACTION No. 04-11349-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Kenneth S. Leonetti, BBO No. 629515, of the law firm FOLEY HOAG LLP, 155 Seaport Boulevard, Boston, MA 02210-2600 on behalf of Plaintiff Craig R. Jalbert, Liquidating Trustee, as successor to Norman Orentreich, M.D. in the above matter.

CRAIG R. JALBERT, Plaintiff

By his attorneys,

/s/ Kenneth S. Leonetti
Andrew Z. Schwartz (BBO #544653)
Kenneth S. Leonetti (BBO #629515)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
tel: (617) 832-1000
fax: (617) 832-7000
bctnotices@foleyhoag.com

Dated: July 24, 2006

B3232644.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, LIQUIDATING TRUSTEE, AS SUCCESSOR TO NORMAN ORENTREICH, M.D., <br><br> Plaintiff, <br><br> v. <br><br> WAYNE RICHARD, <br><br> Defendant. | CIVIL ACTION No. 04-11349-RGS |

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2006:

1. Notice Of Appearance; and

2. this Certificate of Service.

                /s/ Kenneth S. Leonetti
Andrew Z. Schwartz (BBO #544653)
Kenneth S. Leonetti (BBO #629515)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
tel: (617) 832-1000
fax: (617) 832-7000
bctnotices@foleyhoag.com

July 24, 2006

B3232644.1