UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, Liquidating Trustee, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAYNE A. RICHARD, )<br>)<br>Defendant. )<br>) | Civil No. 04-11349-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned proceeding (the "Proceeding") hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that the Proceeding, including all claims and counter-claims, is voluntarily dismissed with prejudice and without right of appeal, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| CRAIG R. JALBERT, AS (I) LIQUIDATING TRUSTEE OF, AND ON BEHALF OF, THE LIQUIDATING TRUST ESTABLISHED PURSUANT TO THE FIRST AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF SAFO, LLC AND THE CREDITORS' COMMITTEE DATED MAY 16, 2006 IN CHAPTER 11 CASES NO. 04-10523-RS, 04-10524-RS AND 04-10526-RS IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS, AND (II) SUCCESSOR-IN-INTEREST TO THE ORIGINAL PLAINTIFF NORMAN ORENTREICH, M.D. | WAYNE A. RICHARD |

- 2 -

By his counsel,                                                                      By his counsel,


/s/ Andrew Z. Schwartz                                          /s/ Christine M. Roach (by permission
Andrew Z. Schwartz (BBO #544653)                         /s/ Vincent J. Canzoneri )
Vincent J. Canzoneri (BBO# 549845)                       Christine M. Roach (BBO #421630)
FOLEY HOAG LLP                                                      ROACH & CARPENTER P.C.
Seaport World Trade Center West                              24 School Street
155 Seaport Boulevard                                                Boston, MA 02108-5113
Boston, MA 02210                                                       Tel:  (617) 720-1800
Tel: (617) 832-1000                                                     Fax:  (617) 720-0720
Fax: (617) 832-7000                                                    (cmr@rc-law.com)
(vcanzoneri@foleyhoag.com)

Dated: January 30, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRAIG R. JALBERT, Liquidating Trustee, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAYNE A. RICHARD, )<br>)<br>Defendant. )<br>) | Civil No. 04-11349-RGS |

## CERTIFICATE OF SERVICE

I hereby certify that true and accurate copies of the following, which were filed via the Court's ECF system, will be sent electronically by the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 30, 2007:

1. Stipulation Of Dismissal With Prejudice; and

2. this Certificate of Service.

/s/ Vincent J. Canzoneri
Vincent J. Canzoneri (BBO# 549845)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
Fax: (617) 832-7000
(vcanzoneri@foleyhoag.com)

January 30, 2007

B3305653.1